**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Adekunle Olufemi ADETILOYE,
Defendant–Appellant.**

No. 15–1087.

United States Court of Appeals,
Eighth Circuit.

Submitted: Nov. 30, 2015.

Filed: Dec. 3, 2015.

Adekunle Olufemi Adetiloye, Oakdale, LA, pro se.

Nicholas W. Chase, Asst. U.S. Atty., Fargo, ND (Christopher C. Myers, Acting U.S. Atty., on the brief), for appellee.

ruling is therefore affirmed. *See Jasperson v. Purolator Courier Corp.*, 765 F.2d 736, 740–41 (8th Cir.1985).

Before GRUENDER, BENTON, and KELLY, Circuit Judges.

PER CURIAM.

This appeal follows a remand for consideration of additional evidence on the issues of restitution and forfeiture in Adekunle Olufemi Adetiloye's mail fraud case. *See United States v. Adetiloye,* 716 F.3d 1030 (8th Cir.2013), *cert. denied,* — U.S. ——, 134 S.Ct. 1775, 188 L.Ed.2d 604 (2014). He challenges the district court's[1] orders denying his motions to dismiss the case for lack of personal jurisdiction, which he based on his alleged illegal extradition. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

Adetiloye improperly seeks to raise the issue of extradition in an appeal following a limited remand to address entirely different matters. *See White v. Kautzky,* 494 F.3d 677, 680–81 (8th Cir.2007); *Brown v. Nutsch,* 619 F.2d 758, 762 (8th Cir.1980). His arguments also fail on their merits for the reasons stated by the district court.

The judgment is affirmed. Adetiloye's motion to strike the government's brief is denied.

1. The Honorable Ralph R. Erickson, Chief Judge, United States District Court for the District of North Dakota.